# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RODNEY EUGENE JOHNSON

V.                                    NO. 4:07CV00555 SWW

REMINGTON ARMS

### ORDER

An order was entered in this matter on October 29, 2007, directing plaintiff to file proof of service within 10 days of the entry of such order, and that failure to comply could result in dismissal of this case. Plaintiff has failed to comply, and it appears that plaintiff is not interested in proseccuting this action.

IT IS THEREFORE ORDERED that this cause hereby is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to diligently prosecute this action.

Dated this 27th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE